IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

EDWARD LUCAS,

Appellant,

v.

JUDITH LUCAS,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED.

CASE NO. 1D15-4578

Opinion filed June 24, 2016.

An appeal from the Circuit Court for Alachua County.
Monica J. Brasington, Judge.

Michael C. Compo of Michael C. Compo, P.A., Miami, for Appellant.

Robert W. Bauer of the Law Office of Robert W. Bauer, P.A., Gainesville, for Appellee.

PER CURIAM.

Upon consideration of the parties' joint stipulation of settlement, the final order is quashed, and this appeal is dismissed pursuant to Florida Rule of Appellate Procedure 9.350(a). All pending motions are denied as moot.

ROBERTS, C.J., WOLF and RAY, JJ., CONCUR.